PEOPLE *v.* VANDENBOSS

1. CRIMINAL LAW—SENTENCE—MAXIMUM SENTENCE.

A sentence of from 2 to 10 years for an 18-year-old defendant convicted of breaking and entering with intent to commit larceny, being within the statutory maximum will not be disturbed on appeal.

2. CRIMINAL LAW—SENTENCE—MILITARY RECORD.

Additional factors, such as military records may properly be considered in determining sentence.

Appeal from Shiawassee, Michael Carland, J. Submitted Division 1 June 18, 1970, at Lansing. (Docket No. 8,808.) Decided August 4, 1970.

Gary Thomas Vandenboss was convicted, on his plea of guilty, of breaking and entering with intent to commit larceny. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Gerald M. Stevens,* Prosecuting Attorney, and *Raymond E. Basso,* Assistant Prosecuting Attorney, for the people.

*E. Thomas Fitzgerald,* for defendant on appeal.

---

REFERENCES FOR POINTS IN HEADNOTES

[1] 21 Am Jur 2d, Criminal Law § 533 *et seq.*
[2] 29 Am Jur 2d, Evidence § 351.

Before: FITZGERALD, P. J., and R. B. BURNS and DANHOF, JJ.

PER CURIAM. Defendant pled guilty to a charge of breaking and entering with intent to commit larceny. MCLA § 750.110 (Stat Ann 1970 Cum Supp § 28.305). He appeals, contending that a sentence of from 2 to 10 years is cruel and unusual punishment for an 18-year-old and that it was error to consider his military record in determining the sentence.

The sentence was within the statutory maximum and will not be disturbed on appeal. *People* v. *Connor* (1957), 348 Mich 456; *People* v. *Brashaw* (1967), 9 Mich App 128; *People* v. *O'Den* (1968), 15 Mich App 10; *People* v. *Walker* (1968), 15 Mich App 25.

It is proper to consider additional factors, such as a military record, in determining sentence. *People* v. *Williams* (1923), 225 Mich 133; *People* v. *Losinger* (1951), 331 Mich 490; *People* v. *Guillett* (1955), 342 Mich 1; *People* v. *Camak* (1967), 5 Mich App 655; *People* v. *Charles Williams* (1969), 19 Mich App 544.

Affirmed.